# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FELICIA BRAUD AND JOHN BRAUD
AND ON BEHALF OF THEIR MINOR
CHILD, JOLIE BRAUD

VERSUS

MARCUS AND AIMEE MOUNGER AND
ABC INSURANCE COMPANY

NO.  2022 CW 0893

OCTOBER 11, 2022

---

In Re:    Marcus and Aimee Mounger, applying for supervisory
          writs, 23rd Judicial District Court, Parish of
          Ascension, No. 113119.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT GRANTED.** We find the trial court committed manifest error in its July 15, 2022 judgment denying the exception of prescription filed by defendants, Marcus and Aimee Mounger. The 19th Judicial District Court in East Baton Rouge Parish, where the plaintiffs, Felicia Braud and John Braud, individually and on behalf of their minor child, Jolie Braud, filed the original petition, was an improper venue. The service effected upon the defendants on January 4, 2021 did not serve to suspend prescription in this matter under La. Code Civ. P. art. 3462. **Santana-Peguero v. Bayer**, 2018-1378 (La. App. 1 Cir. La. 4/17/19), 276 So.3d 153, 157-158, <u>writ denied</u>, 279 So.3d 384 (9/17/19). We therefore grant this writ application, reverse the trial court's July 15, 2022 judgment, and grant the exception of prescription and dismiss all claims of the plaintiffs against defendants, Marcus and Aimee Mounger.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT